# EXHIBIT 1

| DATE | BANK | AMOUNT | BENEFICIARY | COUNTRY | INTERMEDIARY BANK |
|---|---|---|---|---|---|
| 12/20/20 | RAK BANK | $49,785.00 | SAM COMMERCIAL LLC | USA | CITIBANK |
| 12/23/20 | RAK BANK | $49,995.00 | MAVERICK IMPEX | INDIA | CITIBANK |
| 1/2/21 | RAK BANK | $49,465.00 | ADDEX IMP EXP SL | SPAIN | CITIBANK |
| 12/23/20 | RAK BANK | $23,232.00 | KANIN INDIA LIMITED | INDIA | CITIBANK |
| 12/24/20 | RAK BANK | $16,955.00 | REHAN INTERNATIONAL CO LTD | TAIWAN | CITIBANK |
| 12/23/20 | RAK BANK | $41,255.00 | PT CAPSUGEL INDONESIA | INDONESIA | CITIBANK |
| 12/29/20 | RAK BANK | $13,752.00 | SUN MIGHT ABRASIVES CO LTD | KOREA | CITIBANK |
| 12/30/20 | RAK BANK | $49,485.00 | MOLNLYCKE HEALTH CARE AB | BELGIUM | CITIBANK |
| 12/30/20 | RAK BANK | $29,967.00 | REBORN INC | KOREA | CITIBANK |
| 12/23/20 | RAK BANK | $49,955.00 | MALABO TRADING CO LTD | TAIWAN | CITIBANK |

| 12/29/20 | RAK BANK | $49,685.00 | BAHO HOLZHANDELS UND TRANSPORTVERMITT LUNGS GMBH | GERMANY | CITIBANK |
|---|---|---|---|---|---|
| Total | | $423,685.00 | | | |

| DATE | BANK | AMOUNT | BENEFICIARY | COUNTRY | INTERMEDIARY BANK |
|---|---|---|---|---|---|
| 1/6/21 | MASHREQBANK DUBAI | $34,515.00 | USAMA ENTERPRISES | PAKISTAN | BANK OF AMERICA |
| 12/30/20 | MASHREQBANK DUBAI | $25,970.00 | ZHEJIANG WANBAOLONG ADHESIVE | CHINA | MASHREQBANK NY |
| 12/31/20 | MASHREQBANK DUBAI | $29,970.00 | GUANGZHOU DEAR TRADING CO LTD | CHINA | MASHREQBAN NY |
| 12/31/20 | MASHREQBANK DUBAI | $14,950.00 | CORENA ECZA DEPOSU DIS TIC A S | TURKEY | MASHREQBANK NY |
| Total | | $105,405.00 | | | |