# EXHIBIT 2

Message Type MT103

Sender NRAKAEAKXXX
THE NATIONAL BANK OF RAS-AL-KHAIMAH

Receiver        CITIUS33XXX
                CITIBANK

Senders Reference
000043435668
Bank Operation Code
CRED
GDI
Val Dte/Curr/Interbank Settld Amt
Date : 201223
Currency : USD
Amount : 23232.00

Hence please note that below :

:20:CIT210106-000901
:21:000043435668
:79:REGARDING PAYMENT TRANSACTION 000043435668
OUR REFERENCE S06035819E1C01 PAYMENT VIA VALUE
DATE DEC 28, 2020 FOR DEBIT AMOUNT 23,232.00/USD
CREDIT AMOUNT 23,232.00/USD
.
THIS TRANSACTION HAS BEEN SEIZED PURSUANT TO A
U.S. GOVERNMENT COURT ORDER.
PLEASE CONTACT ASSISTANT UNITED STATES ATTORNEY
GJON JUNCAJ AT 313-226-0209 WITH ANY QUESTIONS.
.
PLEASE QUOTE OUR REFERENCE CIT210106-000901 ON
ALL FUTURE CORRESPONDENCE REGARDING THIS MATTER.
REGARDS,
USD FT INVESTIGATIONS
OUR REFCIT210106-000901

Currency/Instructed Amount