# EXHIBIT 3a

--------- Forwarded message ---------
From: **ADVOTIS GENERAL TRADING LLC** <advotisgeneral.trd@gmail.com>
Date: Thu, Jan 21, 2021 at 8:53 PM
Subject: ADVOTIS GENERAL TRADING LLC
To: <derek.newsome@ci.irs.gov>

Dear Mr Derek

```
Further to intimation from Gjon , We provide the
following details about our company


Advotis  General  Trading LLC   is  an   importer and
exporter  based  location  in  Dubai, United Arab
Emirates  registered  in  2019  with from Department of
Economic Development.Dubai

we concentrate on the following commodities of
```

Foodstuff , Electronics Building Material , Metal Scrap, Homes Appliances and Kitchen Ware, Textile Fabric and Garments, Sports Goods, Footwear, Pharmaceutical Products and Medical Surgical Items, Confectionary Items, Cosmetics , All kind of Spare Parts (Auto, Motorcycle, Bicycle , Industrial Machinery and Plants), IT Products, Stationary Items.

The products  supplied by us  are procured/contractually manufacture from the reliable sources  of the marker that make us assure their high quality. Today we are a respected name in the field and export of multiple commodities , In export  sector our product meet international standards and competitive price , All our business is trade related import and export and we have attached few payments advice for our source of funds received in our bank account in USD (advice attach)
Owner of the company and operating person - Mohammed Rayees kadaikar
Mobile - +971 551821420
Office address - 104 Bahraini Building ,
Al souk Al Kabeer
Bur Dubai
 Landphone -  04 2236119

We are received the below message from our bank stating the funds has been seized and told to provide information about us and our counter parties regarding the referenced transactions and Mr Gjon has referred to you for follow
up

Hence please note that below :

:20:CIT210106-000901
:21:000043435668
:79:REGARDING PAYMENT TRANSACTION 000043435668
OUR REFERENCE S06035819E1C01 PAYMENT VIA VALUE
DATE DEC 28, 2020 FOR DEBIT AMOUNT 23,232.00/USD
CREDIT AMOUNT 23,232.00/USD
.
THIS TRANSACTION HAS BEEN SEIZED PURSUANT TO A
U.S. GOVERNMENT COURT ORDER.
PLEASE CONTACT ASSISTANT UNITED STATES ATTORNEY
GJON JUNCAJ AT 313-226-0209 WITH ANY QUESTIONS.
.
PLEASE QUOTE OUR REFERENCE CIT210106-000901 ON
ALL FUTURE CORRESPONDENCE REGARDING THIS MATTER.
REGARDS,
USD FT INVESTIGATIONS
OUR REFCIT210106-000901

## KANIN INDIA LTD

**We have imported from Kanin India ltd ,Unit II 2nd KM Mile Stone , G.T Road , Doraha ,Ludhiana 141421 ,India**
**Phone - 0091 1628 256500**
**Mr Sumit Kakkar and supplied goods to MALEK**
**AND  BROTHERS ,135 BIRAN BOSE STREET, DHAKA, 1211, BANGLADESH**

---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

## SAM COMMERCIAL LLC

Please note the below :

```
:20:CIT210107-000678
:21:000043713159
:79:REGARDING PAYMENT TRANSACTION 000043713159
OUR REFERENCE S0603641F77601 PAYMENT VIA VALUE
DATE DEC 29, 2020 FOR DEBIT AMOUNT 49,785.00/USD
.
YOUR PREVIOUS SWIFT MESSAGE MENTIONED AS PLEASE
NOTE OUR ACCOUNT IS NOT DEBITED TILL DATE
PLEASE CHECK AND ADVISE THE STATUS OF THE
PAYMENT
.
THIS TRANSACTION HAS BEEN SEIZED PURSUANT TO A
U.S. GOVERNMENT COURT ORDER.
PLEASE CONTACT ASSISTANT UNITED STATES ATTORNEY
GJON JUNCAJ AT 313-226-0209 WITH ANY QUESTIONS.
.
WE CLOSE OUR FILE
PLEASE QUOTE OUR REFERENCE CIT210107-000678 ON
ALL FUTURE CORRESPONDENCE REGARDING THIS MATTER.
REGARDS,
USD FT INVESTIGATIONS
OUR REFCIT210107-000678
```

We have imported from SAM COMMERCIAL LLC ,907GREAT PINE LANE, SNELVILLE. GA 30078 , USA and is supplied to SAIFY COMMERCIAL ESTABLISHMENT . Karachi , Pakistan , we have attach both companies licence

----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

## REHAN INTERNATIONAL CO LTD

```
:20:CIT210106-007792
:21:000043496787
:79:REGARDING PAYMENT TRANSACTION 000043496787
PAYMENT VALUE DATE DEC 28, 2020 FOR DEBIT AMOUNT
16,955.00/USD CREDIT AMOUNT 16,955.00/USD. WE
```

HAVE RECEIVE THE FOLLOWING RESPONSE FROM OUR FTN TEAMTHIS TRANSACTION HAVE BEEN SEIZED PURSUANT TO A U.S. GOVERNMENT COURT ORDER. YOU CAN HAVE THE PARTIES CONTACT THE REPRESENTATIVE IDENTIFIED BELOW REGARDING ANY QUESTIONS THEY MAY HAVE.ASSISTANT UNITED STATES ATTORNEY GJON JUNCAJ AT 313-226-0209
PLEASE QUOTE OUR REFERENCE CIT210106-007792 ON ALL FUTURE CORRESPONDENCE REGARDING THIS MATTER.
REGARDS,
CITISERVICE DELAWARE

we have imported from Rehan International ltd ,Taiwan and supplied to

 MANA & CO
PROPRIETOR DETAIL
CNIC-42301-8735506-5
ADDRESS: FLAT NO 503, 5TH FLOOR OWAIS CENTER NEAR SIDDIQUI MASJID BOMBAY BAZAR KARACHI


Rehan International Co., Ltd is OBU registration company, office to manage sales and finance in Taiwan.

Please let us know if u need any further details

Regards

Rayees