# EXHIBIT 3b

## INVOICE

| Exporter & Manufacturer | Invoice No. & Date | Proforma Invoice No. : |
|---|---|---|
| KANIN (INDIA) LTD. (UNIT-11)<br>2ND KM MILE STONE, G.T. ROAD,<br>DORAHA, LUDHIANA - 141421 (INDIA)<br>PHONE: 0091-1628-256500, 501, 502, 503<br>FAX: 0091-1628-259990<br>GST NO. 03AAACK0821EIZD | EOM) DT. 26.09.2020 | KIL/L(II)/2020-21/103 |
| | Buyer's Order No. & Date | DT.31.08.2020 |
| | Other Reference(s) | |

| Consignee | Buyer/ Third Party ( If Other Than Consignee): |
|---|---|
| ADVOTIS GENEIUL TRADING LLC<br>OFFICE NO. 301-18, AL SHRAM BUIDING,<br>AL GARHOUD, DUBAI,<br>UNITED ARAB EMIRATES | |

| | Country of Origin of Goods | Country of Final Destination |
|---|---|---|
| | INDIA | BANGLADESH |

| Pre Carriage By | Place of Receipt by pre-carrier | TERMS OF PAYMENT & DELIVERY |
|---|---|---|
| RAIL | LUDHIANA | |
| Vessel No. | Port of Loading | ─────────────────── |
| | MUMBAI | DELIVERY: CFR ICD KAMLAPUR, DHAKA VIA CHITTAGONG-BANGLADESH |
| Port of Discharge | Final Destination | PAYMENT: 100% THROUGH TT. |
| CHITTAGONG | ICD KAMLAPUR, DHAKA VIA CHITTAGONG DHAKA-BANGLADESH | |

| Mark & Nos. / Container No. | No. & kind of Pkgs | Description of Goods | BOXES | USS / Boxes | TOTAL USS |
|---|---|---|---|---|---|
| SHIPPING MARKS | | KANGARO STATIONERY PRODUCTS | | | |
| KIL(II)/AMT<br>CHITTAGONG | | | | | |
| C. NO. 1 TO 650 | 1 | STAPLE NO.IO-IM (20 pc PACKING) | 32000 | 0.0525 | 1680.00 |
| | 2 | STAPLE NO. 2416-1M (20 pc PACKING) | 372000 | 0.1040 | 38688.00 |
| | 3 | STAPLE NO.23/8 | 2000 | 0.2900 | 580.00 |
| | 4 | STAPLE NO.23/13 | 1000 | 0.3670 | 367.00 |
| | | | | TOTAL | 41315.00 |
| | | | | CHARGES | 1800.00 |

TOTAL CARTONS        650 CARTONS

TOTAL NET WT.        17258.000 KGS

TOTAL GROSS WT.        20946.000 KGS

ADD: HANDLING

| | G.T0tal USS | 43115.00 |
|---|---|---|

AMOUNT CHARGEABLE: US Dollars: FOURTY THREE THOUSAND ONE HUNDRED FIFTEEN ONLY.
(In Words)

CFR ICD KAMLPAPUR DHAKA VIA CHITTAGONG BANGLADESH

### CERTIFIED THAT
THE GOODS ARE OF INDIAN ORIGIN



R.B.I.CODE NO.DK-004415 & IEC NO.0595029418.

For sg

1>1'. 26.09.2020

Declaration:

We declare that this Invoice shows the actual price of the goods described and that all articulars
are true and correct.

Authorised Sl natory

ORIGINAL

# BLPL SINGAPORE

BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT

| Bill of Lading No, | |
|---|---|
| | **BLPLLUH20003ii** |

**Shipper**
KANIN (INDIA) LTD. (UNIT-11)
2ND KM MILE STONE, G.T, ROAD,
DORAHA, LUDHIANA - 141421 (INDIA)
PHONE: 0091-1628-256500, 501, 502, 503
FAX: 0091-1628-259990

Export References
BLPLLUHDAC200306

Onward inland routing (Not part of Carriage as defined in Clause 1 , For       risk Of Merchant)

**Consignee** (negotlaoje only if consigned "to order", "to order Of' a named Person or "te order Of bearer"')
M/S AMBIKA METALS TRADING (F.Z.E)
ELOB 40 F 14, HAMRIYAH FREE ZONE
51470 SHARJAH, UNITED ARAB
EMIRATES

**Notify Party** (see clause 22)
ADVOTIS GENERAL TRADING LLC
OFFICE NO. 301-18, AL SHRAM BUILDING,
AL GARHOUD, DUBAI,
UNITED ARAB EMIRATES

| Vessel (see clause    19) | Voyage No. | Place of Receipt, Applicable only when document used as Multimod&l Transport B/L (see Clause |
|---|---|---|
| YM MODESTY | 048E | LUDHIANA |
| **Pon of Loading** | **Port Of Discharge** | Place of Delivery. Applicable only when document used as Multimodal Transport B/L   Clause l) |
| PIPAVAV,INDIA | CHAT-FOGRAM, BANGLADESH | LCD KAMLAPUR DHAKA VIA |

## PARTICULARS FURNISHED BY SHIPPER

| Container Nos. & Seal Nos. | Marks & Numbers | SAID TO CONTAIN<br>No. & kind of Packages and Description of Good* | Weighi | Measurement |
|---|---|---|---|---|
| BLZU2142688-20GP/ 261606 | KIL(II)/AMT<br>CHITTAGONG C. NO.<br>1 TO 650 | 01 X 20'GP ECL CONTAINER STC:-<br>650 (SIX HUNDRED FIFTY CARTONS ONLY)<br>CONTAINING:-KANGARO            STATIONERY<br>PRODUCTS (STAPLES) AS PER PROFORMA<br>INVOICE     KIL/L(II)/2020-21/103<br>NO.              D<br>DT.31.08.2020<br>SB NO. 5484343 DTD 28/09/2020<br><br>C SEAL NO, 221597<br>"FREIGHT PREPAID"<br>SHIPPER LOAD. STOW.COUNT SEALED<br>"14 DAYS FREE TIME DETENTION AT DESTINATION"<br>"SHIPPED ON BOARD DTD 30/10/2020"<br><br>BL WILL BE SWITCHED IN DUBAI<br><br>DUBAI AGENT ADD:-<br>T G L S SHIPPING L.L.c<br>PO BOX NO 65752 UNIT NOS1602,<br>LEVEL 16 OBEROI CENTRE, MARASI DRIVE,<br>BUSINESS BAY DUBAI,UAE<br>TELI: +971 4 5666375,TRN NO: 100557862800003 | Gross Wt.<br>20946.000<br>KGS<br>Net Wt.<br>17528.000<br>KGS | FCL/FCL |
| | | | | PAGE 1/1 |
| | | Temperature Control instructions _ | | |

Above particularsas declared by Shipper, but Without responsibility Of or representation by Cartier (see clause 14)

| Fretght | | SH\PPEC, tar as ascertaa•y€d by the ' a number or of Containers Port o' Loac.ng the Of |
|---|---|---|
| | FREIGHT PREPAID | |

| Carrier" Receipt (see clause and 14). Total number Of containers of packages received by Carrier. | | ALL 'HOSE &Rtas IN          CARRiERS APPü\CÂEl-E stowage (see clause and the Gooes         named coo 2f sadir,g negcta,-blo ±-lty of reascnabie care crecÂ that Camer eomples Mth this duty, St be lading, such deClvery discharging withstandi0G.  agrees on IN  WITNESS  VVHEREOF  the number has been any others 'haii |
|---|---|---|
| Number of Original B/L. (S) THREE | Place Of          Of B/L LUDHIANA | |
| | Date of          of 30-10-2020 | |
| GYᵛtdCY%cs LTD ERECTOR HOUSE (12TH FLOOR), 18 KAMAL ATATURK AVENUE, BANANI, DHAKA - 1213 Tell; 0088-02-9820171 / 87 / 89, Fax: 0088-02-9820191 | | Signed on behalf of the Carrer **BLPL Singapore Pte Ltd.** CO. REG. NO. 198703265M lobal Logistics Solutions (India) Private          nited Transworjd by |

ORIGINAL

# BLPL SINGAPORE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

| Shipper AMBIKA METALS TRADING (F.Z,E) El-OB 40 F 14 HAMRIYAH FREE ZONE 51470 SHARJAH, UAE E-MAIL: amblkametaistradingfze@gmail.com | Bili of Lading No. **BLPLLUH200031iA** |
|---|---|
| | Export Reforøncøs BLPLLUHDAC200306 |
| | Onward inland routing (Not part of Carr(agr donned in Clause I, For account and risk Of Merchant) |
| Consignee (negotiable only if consigned "to order". "to oraer of" a named Porgon or •no order ot bearer") M/S MALEK & BROTHERS 135, BIRAN BOSE STREET, DHAKA-1211, BANGLADESH E-MAIL: MALEKBRS@GMAIL.COM | Notify Party (see clause 22) M/S ADVOTIS GENERAL TRADING LLC OFFICE No. 301-18, AL SHRAM BUILDING/ AL GARHOUD, DUBAI, UNITED ARAB EMIRATES |

| Vossol        clause 1 19) YM MODESTY | Voyage No. 04 BE | Place of Receipt. Applicable only when document used as Multimodal Transport  clause B/L LUDHIANA |
|---|---|---|
| pon Of PIPAVAVJNDIA | port   of Discharge CHATTOGRAM,BANGLADESH | Placo of OoJIvøry, Applicabio only when documont ugod as Multimodal          claueo f) Transport B/L ICC) KAMI-APUR DHAKA VIA |

## PARTICULARS FURNISHED BY SHIPPER

| Container Nos | NOB | Marks & Numbers | SAID TO CONTAIN NO. & kind of Packagøo and Description Of Goods | Weight | Measuremoni |
|---|---|---|---|---|---|
| | | | | | |

| BLZU2142688-20GP/ 261606 | KIL(II)/AMT<br>CHITTAGONG<br><br>1 TO 650 | ot X 20GP ECL CONTAINER STC:<br>650 (SIX HUNDRED FIFTY CARTONS ONLY)<br>CONTAINING:-KANGARO STATIONERY PRODUCTS (STAPLES) AS PER PROFORMA | Gross Wt.<br>20946.000<br>KGS | FCL/FCL |
|---|---|---|---|---|

INVOICE NO. KIL/L(II)/2020-21/103
DT.31.08.202C
SB NO. 5484343 DTD 28/09/2020
C SEAL NO. 221597
"FREIGHT PREPAID"
SHIPPER LOAD. STOW.COUNT & SEALED
    DAYS FREE TIME DETENTION AT DESTINATION"
"SHIPPED ON BOARD DTD 30/10/2020"

KANGARO STATIONERY PRODUCTS (STAPLES) FULL DESCRIPTION OF GOODS, UNIT PRICE, QUANTITY, QUALITY AND ALL OTHER DETAILS AS

PER PROFORMA INVOICE NO. KIL/L(II)/2020-21/103DT.31.08.2020

BIN/VAT NO, 000216322-0205, TIN NO.420075427936

BIN OF MODHUMOTI BANK LTD 000001507

LC NO. 350620010140 DT. 22.09.2020 IRC NO. BA- 0183513, LCAF NO, 003433, H.S.CODE # 8305. 20. 00

Net Wt.
17528.000
KGS

PAGE 1/1

Temperature Control Instructions :

Above particulars as declared by Shipper, but wilhout responsibility Of or representation by Carrier (see clause 14)

**Freight Details**

**FR**FREIGHT PREPAID

Carrior'ø Receipt         I and 14).        number Of         of packages received by Carrier

| Number of Original B/L (a)<br><br>THREE | JEBEL ALI |
|---|---|
| | 30-10-2020 |

Delivery Agent
GBX LOGISTICS LTD
ERECTOR HOUSE (12TH FLOOR),
18 KAMAL ATATURK AVENUE, BANANI, DHAKA - 1213
Tell: 0088-02-9820171 / 87 / 89, Fax: 0088-02-9820191

SHIPPED, as far as ascertained by reasonable means of checking, In apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such carriage being always subject to the terms, rights, defences, provisions, conditions, exeptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on deck stowage (see clause 18) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Merchant is obliged to surrender one original, duly endorsed, in exchange for the Goods. The Carrier accepts a duty of reasonable care to check that any such document which the Merchant surrenders as a bill of lading is genuine and original. If the Carrier complies with this duty, it will be entitled to deliver the Goods against what it reasonably believes to be a genuine and original bill of lading, such delivery discharging the Carrier's delivery obligations. In accepting this bill of lading, any local customs or privileges to the contrary not withstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped, stamped or incorporated on the fasce or reverse side hereof, as fully as if they were all signed by the Merchant.
IN WITNESS WHEREOF the number of original Bills of Lading stated on this side have been signed and wherever one original Bill of Lading has been surrendered any others shall be void.
ALI RH

Signed on behalf Of the Cattier

**BLPL Singapore Pte Ltd.**
CO. REG NO. 198703265M

T G L S SHIPPING L.L.C
As Agent for the carrier
Blpl Singapore PTE. LTD

T G L S SHIPPING L.L.C

by