# EXHIBIT 3c

| | | |
|---|---|---|
| **SOLD TO:** MIS Advotis General Trading LLC | **DATE:** | December 16, 2020 |
| Office No. 301-18, Al Shram Buiding, | **INVOICE#** | 1173 |
| Al Garhoud, Dubai, UAE | | |
| **SHIP TO:** MIS Saify Commercial Establishment | | |
| Ireland Road *Off* Siddiq Wahab Road, Timber Market, | | |
| Karachi, Pakistan 74200 | | |
| TEL· 011 9221 2730857 FAK 011 9221 2734416 | | |

| | | | |
|---|---|---|---|
| **SHIPPING DATE** | | **FUNDS** | USO |
| **ETA AT TIME OF BOOKING** | | **POL** | Montreal, Canada |
| **BOOKING NUMBER** | | **POD** | Karachi, Pakistan |
| **SHIP** | | **TERMS OF SHIPMENT** | CNF |
| **SHIP VIA** | 9 X 40' Containers | **TERMS OF PAYMENT** | ADV |
| **CARRIER** | | | |

| ITEM | QUANTITY m3 | DESCRIPTION | PRICE/ m3 | AMOUNT |
|---|---|---|---|---|
| 1 | 12.725 | 1 X 4" #MLD+ Red Pine Lumber Rough 6-16' | 249 | 3,168.53 |
| 2 | 57.06 | 1 X 6" #MLD+ Red Pine Lumber Rough 6-16' | 249 | 14,207.94 |
| 3 | 190.877 | 1 X 8" #MLD+ Red Pine Lumber Rough 6-16' | 249 | 47,528.37 |
| 4 | 42.718 | 1 X 10" #MLD+ Red Pine Lumber Rough 6-16' | 249 | 10,636.78 |
| 5 | 46.53 | 6/4X 8 #STD EWP Lumber Rough 6-16'. | | 12,097.80 |
| 6 | 47.443 | 6 X 12" #STD E\IVP Lumber Rough 6-16' | 300 | 14,232.90 |
| **TOTAL** | 397.353 | | $ | 101,872.32 |

| | |
|---|---|
| | **TOTAL AMOUNT**   $   101,872.32 |

| | |
|---|---|
| BENEFICIARY INFORMATION FOR DEPOSIT | |
| *INTERMEDIARY BANK:* | |
| *BENEFICIARY BANK:* | WELLS FARGO BANK |
| | SWIFT ROUTING WFBIUS6S |
| *BENEFICIARY:* | SAM COMMERCIAL LLC |
| | SNELLVIELLE, GEORGIA USA |
| | ACCOUNT# 8033092795 |

Copy or draft documents will be sent to you by email for approval prior to courier of originals.

If not disputed by return email within 5 business days they are considered complete and acceptable as written.

Security deposits are used to ensure cargo will be paid for promptly upon arrival. Non secured cargo may be resold in advance of arrival.

CAD documents may be delayed by lack of security deposit. Customer is responsible for demurrage caused by this delay.

Final CAD or payment is due on the discharge date if documents have been delivered, or immediately thereafter upon delivery.

In error, documents may be sent prior to receiving security deposit. This does not eliminate the responsibility of payment.

If final CAD payment is not made within 5 days of discharge documents must be returned to SAM Commercial by courier free of charge.

Security deposit may then be used to cover demurrage costs or fast below market sale to another customer.

# Hapag-Lloyd

**Bill of Lading** — Multimodal Transport or Port to Port Shipment

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg

**Shipper:**
SAM COMMERCIAL LLC
907 GREAT PINE LANE
SNELLVILLE, GA 30078 USA

**Consignee** (not negotiable unless consigned to order):
M/S SAIFY COMMERCIAL ESTABLISHMENT
IRELAND ROAD OFF SIDDIQ WAHAB ROAD
TIMBER MARKET KARACHI, PAKISTAN
ATTN: MR. SAIFUDDIN JODIAYAWALA
TEL: 011 9221 2730857
FAX: 011 9221 2734416

**Notify Address** (Carrier not responsible for failure to notify: see clause 20 (1) hereof):
SAME

**Carrier's Reference:** 67714495
**B/L No.:** HLCUTOR201213704
**Page:** 2 / 4

**Export References:**
108644

**Forwarding Agent:**
MASTERGLOBE FORWARDING INC
95 MURAL STREET, STE 600 RICHMOND
HILL ONTARIO CANADA L4L3G2.

**Consignee's Reference:**

**Place of Receipt:**

**Vessel:** QUEBEC EXPRESS
**Voyage No:** 60 ES 0
**Port of Loading:** MONTREAL QC
**Port of Discharge:** KARACHI
**Place of Delivery:**

| Container Nos., Seal Nos., Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight | Measurement |
|---|---|---|---|
| UACU 6001850 SEAL: 4006546 | 1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC* <br> 12 BUNDLES <br> SAWN TIMBER <br> HS-CODE: 44 07 11 | 25400.000 KG | |
| GCXU 5303770 SEAL: 4006544 | 1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC* <br> 12 BUNDLES <br> SAWN TIMBER <br> HS-CODE: 44 07 11 | 25600.000 KG | |
| TCNU 8320942 SEAL: 4006543 | 1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC* <br> 12 BUNDLES <br> SAWN TIMBER <br> HS-CODE: 44 07 11 | 25980.000 KG | |
| HLBU 3074336 SEAL: 4006542 | 1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC* <br> 13 BUNDLES <br> SAWN TIMBER <br> HS-CODE: 44 07 11 | 25450.000 KG | |

Shipper's declared Value (see clause 7(2) and 7(3)):

Total No. of Containers received by the Carrier: Packages received by the Carrier:

Movement: FCL FCL
Currency:

| Charge | Rate | Basis | W t/Vol/Val | P/C | Amount |
|---|---|---|---|---|---|

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier (see clause 11).

**ORIGINAL**

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Total No. of Containers/Packages received by the Carrier" for transportation from the Port of Loading to the Port of Discharge subject to the terms and conditions hereof. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated below, all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:
ONTO, ON   DEC. 16.2-

Freight payable at:
ORIGIN

Number of original Bs/L:
2/3

FOR ABOVE NAMED CARRIER
HAPAG-LLOYD (CANADA) INC. (AS AGENT)

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|

Hapag-Lloyd Akt,engesellschaft, Hamburg                                    • **Hapag-Uoyd**

                    Page 3 / 4
                                                         B/L-No. HLCUTOR201213704

```
Cont/Seals/Marks   Packages/Description of Goods        Weight   Measure
                   1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC*
UACU  5492106      13 BUNDLES                           25410.000
SEAL:              SAWN TIMBER                                KG
3992300            HS-CODE : 44 07 11

                   1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC*
HLXU  8638610      13 BUNDLES                           22760.000
SEAL:              SAWN TIMBER                                KG
3992301            HS-CODE : 44 07 11

                   1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC*
UETU  5800815      12 BUNDLES                           25870.000
SEAL:              SAWN TIMBER                                KG
4006541            HS-CODE : 44 07 11

                   1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC*
UACU  5714760      15 BUNDLES                           23980.000
SEAL:              SAWN TIMBER                                KG
4006540            HS-CODE : 44 07 11

*SLAC = Shipper's Load, Stow, Weight and Count

                   ==================               ============
                   102 BUNDLES                         200450.000
                                                              KG
```

SHIPPED ON BOARD, DATE : DEC-16.2020
PORT OF LOADING: MONTREAL, QC
VESSEL NAME: QUEBEC EXPRESS VOYAGE: 60E50

```
                              GENERAL
FIRST 5 CALENDAR DAYS         FREE
THEREAFTER                    USD 54/20' CNTR/DAY USD 108/40' CNTR/DAY
                              SPECIALS (NOT REEFER)
FIRST 5 CALENDAR DAYS         FREE
THEREAFTER                    USD 120/20' CNTR/DAY USD 150/40' CNTR/DAY

                              REEFERS
FIRST 3 CALENDAR DAYS         FREE
THEREAFTER                    USD 100/20' CNTR/DAY USD 150/40' CNTR/DAY
```

DEMURRAGE PERIOD TO COUNT FROM 00.01 **A.M.** OF THE DAY OF CONTAINER(S) DISCHARGE FROM VESSEL UNTIL THE DAY ON WHICH THE CONTAINER{$) ARE BEING RETURNED EMPTY TO CARRIER'S TERMINAL.

IN ADDITION, THE RECEIVER AND CONSIGNEE ARE JOINTLY AND SEVERALLY LIABLE TO RETURN THE EMPTY CONTAINERS AT CARRIERS DESIGNATED MT YARD AS CLEAN AND SOUND CONDITION, WITHOUT ANY DAMAGES FAILING WHICH, ALL REPAIRING COST AS PER VENDOR TARIFF WILL BE PAYABLE BY CONSIGNEE.

ALL APPLICABLE LOCAL DESTINATION CHARGES ARE PAYABLE
AT DESTINATION BY THE CONSIGNEE OR THEIR AGENT PRIOR
TO THE RELEASE OR DELIVERY OF THE SHIPMENT.

d-1c

Hapag-Ltoyd Aktiengesellschaft. Hamburg                              • **Hapag-Lloyd**

Page 4 / 4

B/L-No.  HLCUTOR201213704

```
Cont/Seals/Marks  Packages/Description of Goods      Weight   Measure
CAED  VA861820201210394933
14 CALENDAR FREE TIME DETENTION AT DESTINATION
FREIGHT PREPAID / THC DESTINATION COLLECT
```



Control Number : 17039248

# STATE OF GEORGIA

## Secretary of State
### Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF ORGANIZATION

I, Brian P. Kemp, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**SAM Commercial LLC**

a **Domestic Limited Liability Company**

has been duly organized under the laws of the State of Georgia on **04/03/2017** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta
and the State of Georgia on 04/11/2017



Brian P. Kemp
Secretary of State

| ARTICLES OF ORGANIZATION | *Electronically Filed* |
|---|---|
| | Secretary of State |
| | Filing Date: 4/3/2017 9:07:39 AM |

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | 17039248 |
| **BUSINESS NAME** | SAM Commercial LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 04/03/2017 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 907 Great Pine Lane, Snellville, GA, 30078, USA |

## REGISTERED AGENT'S NAME AND ADDRESS

| NAME | ADDRESS |
|---|---|
| Ali, Mustansir | 907 Great Pine Lane, Gwinnett, Snellville, GA, 30078, USA |

## ORGANIZER(S)

| NAME | TITLE | ADDRESS |
|---|---|---|
| Ali Asghar | ORGANIZER | 1176 Bishop Street, Montreal, Ontario, H3G2E3, CAN |
| Mustansir Ali | ORGANIZER | 907 Great Pine Lane, Snellville, GA, 30078, USA |
| Saifuddin Jodiawala | ORGANIZER | D 25/1 Block F, North Nazimabad, Karachi, Sind, 74700, PAK |

## OPTIONAL PROVISIONS

N/A

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Mustansir Ali |
| **AUTHORIZER TITLE** | Organizer |




# GOVERNMENT OF PAKISTAN
## REVENUE DIVISION
## CENTRAL BOARD .O F REVENUE

### NATIONAL TAX NUMBER CERTIFICATE

(Issued under section 20 of the Finance Ad, 1999)

**National Tax Number (NTN)**     0897771-2

Name:     . YASMIN QUTBUDDIN

**Address:**   **SAIFY COMMERCIAL ESTABLISMENT**
                **IRELAND ROAD**
                **KARACHI**



Status/Nature:     **Business Individual**

NIC/ Firm Reg./Company Inc.Number.   /New NIC : 4210193826304

*This certificate shall be prominently displayed .at a conspicuous place of the premises in which business or work far gain is carried on. It is also required to be indicated on the signboard wherever it is affixed.*

Date of **Issue**

21/09/2005

**Chairman**




From:
<Shawn.Friday@wellsfargo.com>
Date: Wed, Jan 20, 2021 at 1:10 PM
Subject: RE: Wire Transfer Issue
To: <mustan.ali@gmail.com>

Mustansir,

I reached out to our wire department and they were not able to find anything based on the info you sent. They will need the MIR or message input number. It is usually at least 26 digits long and include numbers and letters. The recommendation is to go back to the sender to trace through their bank to find out what's going on.

It may have been returned for some reason, such as missing information, or requesting additional information. But the sender's bank would have more information on that.

All the best,