# EXHIBIT 3d

**GOVERNMENT OF DUBAI**



J4t-!.Ul ::a.i.c uli4,i    a = = = i

## TENANCY CONTRACT INFORMATION REGISTRATION CERTIFICATE

| | | | |
|---|---|---|---|
| **Contract No:** 0120200917001433 (v. ,..) | | **Registration Date:** | 17-09-2020 |

### Owner

| | | |
|---|---|---|
| **Owner Name** | EISSA ALI JASSIM MOHAMMAD ALSARAH | عيسى على جاسم محمد السراح |
| **Owner Number** | 4913730 | |
| **Nationality** | Untied Arab Emirates | |

### Tenancy Contract Details

| | | | | |
|---|---|---|---|---|
| **Start Date** | 01-09-2020 | **End Date** | 28-02-2021 | |
| **Grace Start Date** | | **Grace End Date** | | |
| **Contract Amount** | 15,000.00 AED | **Security Deposit** | 0.00 AED | |
| **Actual Contract Amount** | 15,000.00 AED | **Annual Contract Amount** | 30,000.00 AED | |

### Tenant

| | | |
|---|---|---|
| **Tenant Name** | ADVOTIS GENERAL TRADING L.L.C | اسم المستأجر  ادفوتيس للتجارة العامة ذ.م.م |
| **Tenant No** | 042019300000981 | رقم المستأجر |
| **License/Expiry** | 854573 / 23-09-2021 | |
| **License Issuer** | OED-Dubai | جهة اصدار الرخصة |
| **Tel. No** | NULL | |
| **Fax No** | NULL | |

### Leased Unit (Unit)  تفاصيل العقار (الوحدة)

| | | | |
|---|---|---|---|
| **Building Name / No** | BAHRAIN! BUILDING | | |
| **Land Area** | Al Suq Al Kabeer | **Plot Number** | 704-0 |
| **Land OM No (Affection Plan)** | 312-296 | **Makani No** | 28285 95196 |

| Property No.(s) | Type | SubType | Usage | Size | DEWA Premise No. |
|---|---|---|---|---|---|
| M-04 | Office | Studio | Commercial | 31.00 (Sq.m) | 312214022 |

**Tax Receipt Details**

| | | |
|---|---|---|
| Receipt Number | 200974612453 | رقم الإيصال |
| Rent Registration Fee | 100.00 AED | تسجيل عقد الإيجار |
| Ejari License | 50.00 AED | إستخدام برنامج إيجاري |
| Knowledge Fee | 10.00 AED | درهم المعرفة |
| Innovation Fee | 10.00 AED | درهم الإبتكار |
| EJARI License (VAT 5.00%)(1D: 100281564300003) | 2.50 AED | الضريبة المضافة لإستخدام برنامج إيجاري |
| **Total Fees** | **172.50 AED** | كافة الرسوم |

- This certificate has been issued based on Information provided by EJARI user. Real Estate Regulatory Agency (RERA) doesn't take any responsibility to others.
- Users are solely responsible for any legal liability towards third parties due to providing any incorrect information to the system and this Includes the tenants who were authorized to sublease their rented properties.
- This certificate will be Invalid by registered contract expiry date, or in case the contract is cancelled or modified before contract expiry date.
- This certificate to be cancelled In case of any modification on it.
- Please visit Dubai Land Department website to verify the certificate Information.

EJA

0120200917001433

Registered by: ESSA ALI JASSIM MOHAMMAD ALSARAH     Printed on: 17/9/70?0 1?:4q PM     Pi!OP. 1/1