# EXHIBIT 3e

THE EMIRATES

Approved electronic document issued without signature by the Department of Economic Development. To verify the license kindly visit www.dubaided.gov.ae


**GOVERNMENT OF DUBAI**


**DUBAI ECONOMY**

# Commercial License

| | License Details / |
|---|---|
| License No. | 854573 |
| Company Name | ADVOTIS GENERAL TRADING L.L.C |
| Trade Name | ADVOTIS GENERAL TRADING L.L.C |
| Legal Type | Limited Liability Company(LLC) |
| Expiry Date | 23/09/2021 |
| Issue Date | 24/09/2019 |
| D&B D-U-N-S ® | 0 |
| Main License No. | 854573 |
| Register No. | 1452576 |
| DCCI No. | 328083 |

### License Members

| No. / | Name / | Nationality / | Role / | Share / |
|---|---|---|---|---|
| 797017 | MD RAYEES KADAIKAR ABDUR RAHMAN KADAIKAR | India | Manager | |

### License Activities

General Trading

### Address

| Phone No | | P.O. Box | |
|---|---|---|---|
| Fax No | | Parcel ID | 373-1439 |
| Mobile No | 971-52-8117763 | | |

Email / sahidubail2424@gmail.com

### Remarks

7/9/2020
30/9/2019

| Print Date | 08/09/2020 | 11:33 | Receipt No. | 13642774 |



Now you can renew your trade license by sending a text message (SMS). Send your trade license number to 6969 (Du/ Etisalat) to receive payment voucher.

Approved electronic document issued without signature by the Department of Economic Development. To verify the license kindly visit www.dubaided.gov.ae

**THE EMIRATES**

www.dubaided.gov.ae  _,..JI •.;\.;j •4-Y-  )/""" oJ_;l_ll  wLll;,JI     l_,.l. "-,J\......,:;.'JI 1    oylJ u.o c-1'-" ,;u -'! o_;JL„_, r,JA:w, _,.fol) _,



Approved electronic document issued without signature by the Department of Economic Development. To verify the license kindly visit www.dubaided.gov.ae




## 9-I.Sy!Jl
## Partners

### License Details / .}I   Li:i

| | | | | |
|---|---|---|---|---|
| D&B D-U-N-S No. ® | 0 | WI )l   License No. | 854573 | رقم الرخصة |

### License Partners / .} I ..,.. 1

| Share/ \ | Sr. No./ IJ...1- | Nationality/ I | Name / e-'!l |
|---|---|---|---|
| 51.0000000% | 476098 | w I) .•'11 / United Arab Emirates | L. i'''Y.i:. / Ali Ghulam Salem Hassan Albalooshi ..,411 IY""- |
| 49.0000000% | 797017 | I/ India | -·=.,./ Md Rayees Kadaikar Abdur Rahman Kadaikar .)\S,.llS. u=) 1 .) J.l./C- .)\S,.llS. .) |

---

| | | | | |
|---|---|---|---|---|
| Print Date | 08/09/2020 | 11:33   لعلا'C:,!.Jti | Receipt No.   13642774 | رقم الإيصال |

.t9.ill u I   J _,.......Jl (w'il....:.::,1/., .i) 6969 ul) ;;._,..,.;,,) 1 /"3.J J..,.,.) . ,     1     I Jj L.)   1 J )l;. 0- "-,1.) 4,.:ill     .) .i,i.i,.:i u':11
Now you can renew your trade license by sending a text message (SMS). Send your trade license number to 6969 (Du/ Etisalat) to receive payment voucher.

www.dubaided.gov.ae   .,..Jl •J.:j •4-Y-     ) I'" oJl  ,Jl wLl4,Jl     l_rl . "-,l   '11   . 1   .;,l.l u.0 c-l'-" ;u -!'•.J.ll..,,_, r,.l...:w, .,.fol) .,
Approved electronic document issued without signature by the Department of Economic Development. To verify the license kindly visit www.dubaided.gov.ae

 

# Commercial Register

### Register Details / 1

| | | | | |
|---|---|---|---|---|
| **Main Lice. Nr** | 854573 | Register No. | 1452576 | |
| **Company Name** | ADVOTIS GENERAL TRADING L.L.C | | ادفوتيس للتجارة العامة ذ.م.م | |
| **Legal Type** | Limited Liability Company(LLC) | | ذات مسئولية محدودة | الشكل القانونى |
| **Expiry Date** | 23/09/2021 | تاريخ الإنتهاء | Reg. Date | 24/09/2019 |
| **D&B D-U-N-S No.** | ® | | 0 | |

### Capital Details

| | | |
|---|---|---|
| **Nominated** | 300,000 | |
| **Paid** | 300,000 | |
| **No. of Shares** | 300 | |
| **Currency** | UAE Dirhams | درهم اماراتي |

### License Address

### Commerce Address

### Register Activities

General Trading

---

| **Print Date** | 08/09/2020 | 11:33 | | **Receipt No.** | 13642774 | رقم الإيصال |

Now you can renew your trade license by sending a text message (SMS). Send your trade license number to 6969 (Du/ Etisalat) to receive payment voucher.

www.dubaided.gov.ae

Approved electronic document issued without signature by the Department of Economic Development. To verify the license kindly visit www.dubaided.gov.ae



# Membership Certificate

شهادة تسجيل العضوية

| | | | |
|---|---|---|---|
| License no. | 854573 | 854573 | |
| Membership no. | 328083 | 328083 | |
| Registration no. | 1452576 | 1452576 | |
| Trade Name | ADVOTIS GENERAL TRADING L.L.C | | |
| Legal Status | Limited Liability Company(LLC) | | |
| Activity | General Trading | | |
| Member Since | 24/09/2019 | 24/09/2019 | |
| Date of Issue | 24/09/2019 | 24/09/2019 | |
| Expiry Date | 23/09/2021 | 23/09/2021 | |

**Remarks**

This certificate shall be invalid incase of any alteration without chamber's authorization

For online verification of this Certificate, please visit our website
http://www.dubaichamber.ae/verify

Dubai Chamber of Commerce & Industry