# EXHIBIT
# 3g



# Rehan International Co., Ltd.

**Taiwan Office:**
2F, 58, Tianxiang 5th St., Taoyuan City,
Taoyuan County 33044, Taiwan
TEL: 886-3 3176839
FAX: 886-3 3176837
www.rehan-supports.com
rehan@rehanbiz.com

**Zhejiang Factory:**
Zhejiang Rehan Medical Manufacturing Co., Ltd
Building 9, No.211, Jiyu Fu West Rd, Dushangang Town,
Pinghu City, Jiaxing City, Zhejiang Province
TEL: + 86 573 85625981~ 83
FAX: + 86 573 85625980

## Proforma  Invoice

Buyer: ADVOTIS GENERAL TRADING LLC
Address: Office No. 301-18, Al Shram Building, Al Garhoud, Dubai, UAE.

Consignee: MANA & CO
Address: 204- New Medicine Market Kutchi Gali No 1, Near Denso Hall Karachi Pakistan
Tel:+ 92 21 32446361, Fax: + 92 21 32436870,
Business Email: manatrader@hotmail.com

Date: October 21,  2020
Proforma Invoice No: 20100001
Quotation Ref. No. :
Revised Version: r1
Customer's PO #:

| Iitem no. | Description | Size | | | | | | Quantity (pair) | Unit price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | S | M | L | XL | XXL | One Size | | USD$/pairs | USD$/pc. |
| A6-006 | Anti-embolism stocking Thigh High 18mmHg, colorbox package | 500 | 1500 | 1500 | 1000 | 500 | | 5000 | 4.15 | 20750.00 |
| | Total: 3,000 pairs | | | | | | | | | |
| Note: packed by colorbox, and 10 pairs put in simple box (Free of charge), then packed by outer export carton | | | | | | | | | | |
| | | | | | | | | | | |
| O0-015 | Heel Pad | 100 | 250 | 350 | 200 | 100 | | 1000 | 4.18 | 4180.00 |
| | | | | | | | | | | |
| Return Colorbox Leftover amount using in this order | | | | | | | | | | |
| A6-006 S | | | | | | | | 100 | 0.3 | 30.00 |
| A6-006 XL | | | | | | | | 400 | 0.3 | 120.00 |
| A6-006 XXL | | | | | | | | 200 | 0.3 | 60.00 |
| | | | | | | | | | | |
| Colorbox stock, will return the amount while the colorbox is used up | | | | | | | | | | |
| A6-006 S | | | | | | | | 100 | 0.3 | 30.00 |
| A6-006 XL | | | | | | | | 200 | 0.3 | 60.00 |
| | | | | | | | | | | |
| Leftover, already Paid, for record | | | | | | | | | | |
| A6-006 S | | | | | | | | 100 | 0.3 | 30.00 |
| A6-006 XXL | | | | | | | | 200 | 0.3 | 60.00 |
| | | | | | | | | | | |
| | | | | | | | | | FOB Shanghai | 24810.00 |

Price term: FOB Shanghai
Products: SuperOrtho standard products Packaging: "MANA" brand package
Payment terms: 70% advance balance CAD
Delivery time: 45~ 60 days upon deposit receipt, the exact completion date will be advised once the deposit received
Our Bank information:
TAIWAN COOPERATIVE BANK OFFSHORE BANKING BRANCH
5F,325 SEC, 4 HUNG . HSIAO EAST ROAD, TAIPEI,, TAIWAN , R.O.C.
SWIFT : TACBTWTP106
A/C NO: 1069694038780
A/C NAME : REHAN  INTERNATIONAL CO.,LTD

Rehan International Co., Ltd.






# YE f!@
## CERTIFICATE



00  00     *     m     00

China Council for the Promotion of International Trade is China Chamber of International Commerce

'f          t          1 Jlitl  J1  ½

**hina Council for the Promotion of International Trade**
**China Chamber of International Commerce r::iu ·**

## iiE a
**CERTIFICATE**



-;-;;-½ No.          203100B0/011197

itlll: : m    ITTITT   –ffm  £ ff  H( *
) t1f.-*± -ffiffl lij91330482MA2BAT3J96(1/1)  l;jJ
ffi ,mm ff  Hc *)  x *



x*-fLo

THIS IS TO CERTIFY THAT: the annexed photostated copy
of BUSINESS LICENSE (Duplicate) Unified Social Credit
Code: 91330482MA2BAT3J96 (1/1) issued by Pinghu Market
Supervision Administration is in conformity with the
original, and the attached English version of the said
business      license (duplicate) are true to the Chinese
text.

China Council for the Promotion
of International Trade

t1 –¥:

Authorized        Z,u Pingfan
Signature:

BAA: 2020 01  31 B
(Date: Jul.31,2020)



1E:/ʃ°Fⁱj⟨fⱼg￼.,f-f-  4!11::    htt p://zj.gsxt.gov.cn/                                 rtⁱi  A    f!J00i   I    ffi&f   .(?.  ¾tlM



# Business License
## (Duplicate)

Unified social credit code: 91330482MA2BAT3J96 (1/1)

Zhejiang Rehan Medical Manufacturing Co., Ltd.

Limited Liability Company (Foreign-owned Sole Proprietorship)

Zhaquan Highway North Side, Dushangang Town, Pinghu County, Jiaxing City, Zhejiang Province ( Room 374, Building 3, Zhejiang Dushangang Economic Development Zone Management Committee)

LAI Zhijia

| | |
|---|---|
| Registered capital | USD 8 million only |
| Date of establishment | Jul.5,2018 |
| Term of business | Jul. 5, 2018 to Jul. 4, 2068 |
| Business scope | Manufacturing and marketing of medical devices, sports wares, parts, elastic straps and socks, as well as wholesale, import, export, commission agent (except for auction) and supporting service of the aforementioned products and goods of the same kind. (Items required with approval according to law shall be operated upon approval of concerned department) |

**Registration Authority:**
Pinghu Municipal Administration for Market Regulation (Sealed)
Jul.5,2018

Annual report of last year shall be submitted through enterprise credit information publicity system of Zhejiang Province between Jan. 1 and Jun. 30 every year.

Website of enterprise credit information publicity system:
http://zj.gsxt.gov.n

Made under the Superv                  dministration for
Industry & Commerti.     i f e.oiWJ Re.l>   ic of China



**Revenue Division**
# Central Board of Revenue
**Government of Pakistan**

## NATIONAL TAKNUMBER CERTIFICATE

(Issued    under section 20 of the Finance Act,1999)

National    Tax Number (NTN):    1742016-4

Name:    IMRAN

Address:    MANA a. CO
ROOM NO 204 NEW t EDICINE MARKET KUTCH!
GALI NO 1 DENSO HALL
KARACHI
PHONE NO. 2477238

Status/Nature:    Business :mfMduaf

CNIC/Firm Reg./Company    Inc. Number:    /New NIC : 4230187355065

This Certificate shall be prominently displayed at a conspicuous place of
the premises In which business or **work** for  gain Is carried on. It is  also
required to be Indicated on the signboard where It Is affixed.

25/06/2007

**CBR** HELPLINE
PARTNER IN PROGRESS
helpline@cbr.gov.pk    0800 00 227 051 111 227 227