# EXHIBIT 6

CourtLink® (Dockets)

Client: -None- History Help More

Results for: (plaintiff-litigant(advotis) or defendant-litigant(advotis) or others-litigant(advotis)) | Actions Edit Search

Dockets 0

Narrow By

Open **or** Unknown **or** Closed

Clear

Filter Results

Dockets (0)

No documents found in **Dockets** filtered by **Open or Unknown or Closed.**

Try the following:

- Remove one or more filters: **Open or Unknown or Closed**
- Modify your search (edit or remove some search terms or add synonyms).
- Check for spelling errors.
- Use the options available from the **Actions** menu above to modify your search.
- Note: Some content may not be visible based on the restrictions of your subscription.

LexisNexis®

About
Privacy Policy
Cookie Policy
Terms & Conditions

RELX™

Copyright © 2021 LexisNexis.

