# EXHIBIT 7

**From:** Juncaj, Gjon (USAMIE) <Gjon.Juncaj@usdoj.gov>
**Sent:** Thursday, March 4, 2021 10:20 AM
**To:** dawn@meade.law
**Subject:** Advotis Trading

Hello Ms. Meade,

I'm writing to advise that I have received your voicemail regarding Advotis Trading of the UAE. I'd be glad to have a discussion with you regarding this matter but I will not be available to do so until Monday. Can we set a call for 2pm Eastern std time? If not, tell me a good time for your schedule.

Regarding your request for a copy of the court order. I can advise you that certain funds were seized pursuant to a federally authorized seizure warrant. The warrant is under court ordered seal at this time.

Respectfully,
Gjon Juncaj

Gjon Juncaj
Assistant U.S. Attorney
(313) 226-0209 | gjon.juncaj@usdoj.gov